**Dismissed and Memorandum Opinion filed May 8, 2012.**



**In The**

# Fourteenth Court of Appeals

———————

**NO. 14-11-01021-CV**

———————

**BILLY LEON STRINGHAM, Appellant**

**V.**

**CHASE HOME FINANCE, LLC, Appellee**

**On Appeal from the Probate Court No. 1**
**Harris County, Texas**
**Trial Court Cause No. 378597-401**

## MEMORANDUM   OPINION

This is an appeal from a summary judgment signed October 27, 2012.   The clerk's record was filed February 3, 2012.   Appellant's brief was due March 5, 2012, but it has not been filed.   On March 14, 2012, this court notified appellant that his brief was past due. Appellant did not file a motion for extension of time to file the brief or any other response to the court's notice.

On April 17, 2012, this court issued an order stating that unless appellant filed a brief on or before April 30, 2012, the court would dismiss the appeal for want of prosecution.   *See* Tex. R. App. P. 42.3(b).   No response was filed.

Accordingly, the appeal is ordered dismissed.


PER CURIAM


Panel consists of Chief Justice Hedges and Justices Frost and McCally.

2